FILED
DECEMBER 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7076

| In the Matter of | Case Number: |
|---|---|
| MAXINE COLEMAN, | |
| v. | |
| U.S. Security Associates, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MAXINE COLEMAN, Plaintiff

JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

| NAME (Type or print) |
|---|
| Robert M. Foote |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert M. Foote |
| FIRM |
| FOOTE, MEYERS, MIELKE & FLOWERS, LLC |
| STREET ADDRESS |
| 28 North First Street, Suite 2 |
| CITY/STATE/ZIP |
| Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124325 | (630) 232-6333 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐