FILED
DECEMBER 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cv-07076   Document 4   Filed 12/17/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7076**

| | |
|---|---|
| In the Matter of<br>MAXINE COLEMAN,<br><br>v.<br><br>U.S. Security Associates, Inc. | Case Number:<br><br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE SCHENKIER** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    MAXINE COLEMAN, Plaintiff

| |
|---|
| NAME (Type or print)<br>Kathleen C. Chavez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Kathleen C. Chavez |
| FIRM<br>CHAVEZ LAW FIRM, P.C. |
| STREET ADDRESS<br>28 North First Street, Suite 2 |
| CITY/STATE/ZIP<br>Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06255735 | TELEPHONE NUMBER<br>(630) 232-4088 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐