FILED
DECEMBER 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MAXINE COLEMAN,

v.

U.S. Security Associates, Inc.

Case Number: **07 C 7076**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAXINE COLEMAN, Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Stephen W. Fung | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Stephen W. Fung | |
| FIRM | |
| FOOTE, MEYERS, MIELKE & FLOWERS, LLC | |
| STREET ADDRESS | |
| 28 North First Street, Suite 2 | |
| CITY/STATE/ZIP | |
| Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06289522 | (630) 232-6333 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐