UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAXINE COLEMAN <br><br> PLAINTIFF(S) <br><br> vs. <br><br> U.S. SECURITY ASSOCIATES, INC. <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **07 C 7076** <br><br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 04, 2008**, at **10:55 AM**, I served the above described documents upon **U.S. SECURITY ASSOCIATES, INC., C/O CT CORP** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DAWN SCHULZ / SR PROCESS SPECIALIST**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **208 S. LASALLE ST., STE 814, CHICAGO, IL 60604.**

**DESCRIPTION:**   Gender: **F**   Race: **WHITE**   Age: **53**   Hgt: **5'2"**   Wgt: **200**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_
**Robert D Fairbanks**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 4th day of January, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
**Foote, Meyers, Mielke & Flowers, LLC**
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35691

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

MAXINE COLEMAN,

V.

U.S. Security Associates, Inc.

CASE NUMBER: **07 C 7076**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

U.S. Security Associates, Inc.
c/o C T Corporation System, As Registered Agent
208 South LaSalle Street
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street
Suite 2
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*(signature)*

**(By) DEPUTY CLERK**

**December 17, 2007**
Date