IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAXINE COLEMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br><br>　　　　　Defendant. | Case No.  07 C 7076<br><br>Judge Castillo<br>Magistrate Judge Schenkier<br><br>ELECTRONICALLY FILED |

**AGREED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND**

Defendant U.S. Security Associates, Inc. ("Defendant") hereby files this Agreed Motion to Extend Time for Defendant to Answer or Otherwise Respond and states as follows:

1. Defendant was served with the Summons and Complaint in this action on January 4, 2008.  Defendant's responsive pleading currently is due January 24, 2008.

2. Defendant and its counsel need an enlargement of time to investigate the Complaint allegations and formulate Defendant's response.

3. Pursuant to a teleconference on January 17, 2008, Stephen Fung, counsel for Plaintiff Maxine Coleman, agreed to extend by 14 days the time for Defendant to answer or otherwise respond to the complaint in this matter.

4. The agreed upon enlargement of time, if granted, would provide Defendant until February 7, 2008 to answer or otherwise plead.

5. In accordance with the parties' agreement, Defendant respectfully requests the Court to enlarge the time until February 7, 2008 for Defendant to answer or otherwise respond to the Complaint.

WHEREFORE, Defendant respectfully requests this Court to grant this agreed motion

and to enter an order extending the deadline for Defendant's answer or other responsive pleading to February 7, 2008.

                                            Respectfully submitted,

                                            <u>s/ Steven L. Brenneman</u>
                                            Attorney for the Defendant
                                            Steven L. Brenneman
                                            IL ARDC#: 6190736

Steven L. Brenneman
Karin Anderson
FORD & HARRISON LLP
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Dated: January 17, 2008

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing AGREED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND was filed electronically with the Northern District of Illinois on January 17, 2008, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this AGREED MOTION was accomplished electronically through the ECF System on the following ECF registered filing users:

Kathleen Currie Chavez:
gkeg4@aol.com,Lesquivel@foote-meyers.com,jthane@foote-meyers.com

Peter Lawrence Currie:
plclaw05@aol.com

Robert M. Foote:
rmf@foote-meyers.com,lesquivel@foote-meyers.com,jthane@foote-meyers.com

Stephen William Fung:
sfung@foote-meyers.com

            s/ Steven L. Brenneman
            Attorney for the Defendant
            Steven L. Brenneman
            IL ARDC#: 6190736

Steven L. Brenneman
Karin Anderson
FORD & HARRISON LLP
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Chicago:353953.1