IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAXINE COLEMAN,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br><br>      Defendant. | Case No.  07 C 7076<br><br>Judge Castillo<br>Magistrate Judge Schenkier<br><br>ELECTRONICALLY FILED |

**NOTICE OF MOTION**

To:    Robert M. Foote                                  Kathleen Currie Chavez
        Stephen William Fung                       Chavez Law Firm P.C.
        Foote, Meyers, Mielke & Flowers, LLC    28 North First Street
        28 North First Street                            Suite 2
        Suite 2                                                 Geneva, IL 60134
        Geneva, IL 60134

        Peter Lawrence Currie
        The Law Firm of Peter L. Currie, P.C.
        536 Wing Lane
        St. Charles, IL 60174

      Please take notice that on January 23, 2008 at 9:45 a.m. the undersigned shall appear before the Honorable Judge Honorable Ruben Castillo, at Courtroom 2141 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached AGREED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND, a copy of which is attached hereto and served upon you.

Dated: January 17, 2008                                Respectfully submitted,

                                                                s/ Steven L. Brenneman
                                                                 Attorney for the Defendant
                                                                 Steven L. Brenneman
                                                                 IL ARDC#: 6190736

-2-

Steven L. Brenneman
Karin Anderson
FORD & HARRISON LLP
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Dated: January 17, 2008

Chicago:353267.1

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing NOTICE OF MOTION was filed electronically with the Northern District of Illinois on January 17, 2008, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this NOTICE was accomplished electronically through the ECF System on the following ECF registered filing users:

Kathleen Currie Chavez:
gkeg4@aol.com,Lesquivel@foote-meyers.com,jthane@foote-meyers.com

Peter Lawrence Currie:
plclaw05@aol.com

Robert M. Foote:
rmf@foote-meyers.com,lesquivel@foote-meyers.com,jthane@foote-meyers.com

Stephen William Fung:
sfung@foote-meyers.com

s/ Steven L. Brenneman
Attorney for the Defendant
Steven L. Brenneman
IL ARDC#: 6190736

Steven L. Brenneman
Karin Anderson
FORD & HARRISON LLP
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Chicago:353979.1