UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Maxine Coleman
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−07076
                                                      Honorable Ruben Castillo

U.S. Security Associates, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

    MINUTE entry before Judge Ruben Castillo :The Court will hold a settlement conference in chambers on 2/15/2008 at 4:00 p.m. Clients with settlement authority are directed to appear or be available by telephone. Motion hearing held on 1/23/2008. Defendant's motion for extension of time to answer or otherwise plead [10] is granted. The date for the defendant to answer or otherwise plead will be set at the settlement conference on 2/15/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.