## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7076 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Coleman vs. U.S. Security Associates, Inc. | | |

**DOCKET ENTRY TEXT**

Settlement conference held. Settlement reached. Pursuant to the settlement, the case is dismissed without prejudice and without costs, with leave to seek reinstatement by 04/30/08. If the case is not reinstated by that date or a motion to reinstate is not pending, then as of 05/01/08 the dismissal will be with prejudice.

Docketing to mail notices.

02:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|